**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                              :

**In re:**                                        :   Chapter 11
                                              :

**ExGen Texas Power, LLC,** *et al.*,[1]      :   Case No. 17-12377 (BLS)
                                              :

          **Debtors.**                        :   Joint Administration Requested
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING**
**COMPLIANCE WITH LOCAL RULE 9013-1(m)(iii)**

The undersigned hereby certifies that the above-captioned debtors and debtors in possession have complied with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Specifically, binders containing copies of the "first day" papers were delivered to the Chambers of The Honorable Brendan L. Shannon and the Office of the United States Trustee for the District of Delaware on November 7, 2017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ExGen Texas Power, LLC (4129), ExGen Texas Power Holdings, LLC (2209), Wolf Hollow I Power, LLC (6945), Colorado Bend I Power, LLC (9083), Handley Power, LLC (4091), Mountain Creek Power, LLC (6288), and LaPorte Power, LLC (5101). The mailing address of each of the Debtors, solely for purposes of notices and communications, is: 1310 Point Street, Baltimore, MD 21231.

RLF1 18300713v.1

2

| | |
|---|---|
| Dated: November 7, 2017<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/ *Joseph C. Barsalona II*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Joseph C. Barsalona II (No. 6102)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>       heath@rlf.com<br>       shapiro@rlf.com<br>       barsalona@rlf.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |